AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

Case 1:23-mj-00118-SAB   Document 3   Filed 10/06/23   Page 1 of 1

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CRYSTAL CAMDEN, | )<br>)<br>)<br>)<br>)<br>) | Case No.<br>1:23-mj-00118-SAB |

**FILED**
OCT 06 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall abide by her terms of her previously imposed probation;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; and

(5) The defendant must appear at:  United States District Court, Central District of California (Riverside Division) in Crtrm. 3
                                    *Place*
3470 12th St., Riverside, CA 92501
on _____ November 2, 2023 at 11:00 a.m. _____
                                    *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 6 Oct 2023                         *Crystal Camden*
                                         *Defendant's signature*

Date: Oct 6, 2023                        *[signature]*
                                         *Judicial Officer's Signature*

                                         Stanley A. Boone, United States Magistrate Judge